UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

N.R., by and through his parents and guardians, S.R. and T.R.,
individually and on behalf of all others similarly situated,
and derivatively on behalf of the Raytheon Health Benefits Plan

       Plaintiff

    v.                                 Civil Action No. 1:20-10153-RGS

Raytheon Company et al

       Defendants

ORDER OF DISMISSAL

June 10, 2020

STEARNS, D.J.

    In accordance with the court's Memorandum and Order [Dkt # 21] issued on June 9, 2020, granting defendants' motion to dismiss, it is ORDERED that Counts 1 and 2 are dismissed with prejudice. Counts 3 and 4 are dismissed without prejudice.

                  By the court,

                  /s/ Arnold Pacho
                  Deputy Clerk