# United States Court of Appeals
## For the First Circuit

No. 20-1639

N.R., by and through his parents and guardians, S.R. and T.R., individually and on behalf of all others similarly situated, and derivatively on behalf of the Raytheon Health Benefits Plan,

Plaintiff, Appellant,

v.

RAYTHEON COMPANY; RAYTHEON HEALTH BENEFITS PLAN; WILLIAM M. BULL,

Defendants, Appellees.

**JUDGMENT**

Entered: January 31, 2022

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of the defendants' motion to dismiss on Count 1 is affirmed, reversed on Counts 2 through 4, and the matter is remanded for further proceedings consistent with the opinion issued this day. Costs are awarded to the plaintiff.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Richard G. Stearns, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Stephen S. Churchill, Eleanor Hamburger, Richard E. Spoonemore, Johanna L. Matloff, James F. Kavanaugh Jr., Catherine DiVita, Michael N. Khalil, Martha Jane Perkin